## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT PIKEVILLE

**DESIREE HALL, for GEORGE HALL**

    **Plaintiff,**

**V.**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

**CIVIL ACTION NO. 7:14-CV-72-KKC**

**<u>JUDGMENT</u>**

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1) judgment is entered in favor of the defendant;

2) this matter is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

Dated May 18, 2015.

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY